# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Nicole Zellner, | Case No. 23-CV-01800 (JMB/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Martin J. O'Malley,<br>*Commissioner of Social Security Administration*, | |
| Defendant. | |

James H. Greeman, Greeman Toomey, Minneapolis, MN, and Bryan Konoski (*pro hac vice*), Konoski & Partners, P.C., New York, NY, for Plaintiff Nicole Zellner.

Ana H. Voss, United States Attorney's Office, Minneapolis, MN, James D. Sides and Marisa Silverman, Social Security Administration, Baltimore, MD, for Defendant Martin J. O'Malley, Commissioner of Social Security Administration.

This matter is before the Court on Plaintiff Nicole Zellner's and Defendant Commissioner of Social Security's (Commissioner) Joint Stipulation for Attorneys' Fees. (Doc. No. 33.) Pursuant to that joint stipulation and based on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT the Joint Stipulation for Attorneys' Fees. (*id.*) is APPROVED.

Zellner is awarded attorneys' fees in the amount of $9,500.00 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, which shall fully and completely satisfy any and all claims for fees, costs, and/or expenses that may have been payable to Zellner in this matter pursuant to the EAJA. If it is determined upon effectuation of this Order that

Zellner does not owe a debt that is subject to offset under the United States Treasury Offset Program, the Commissioner shall direct that the award of EAJA attorneys' fees be made payable to Zellner's counsel.  Any payment issued by check should be mailed to Konoski & Partners, P.C., 180 Tices Lane, Suite 204, Building A, East Brunswick, NJ 08816.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  December 26, 2024  /s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court